USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

1:20-cv-04872-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff requesting a status conference on his requests for *Valentin* orders [ECF Nos. 45, 47], among "other pending issues." [ECF No. 52]. The request for a conference is denied. On July 21, 2021 the Court entered an Order [ECF No. 49] denying Defendants' request for a pre-motion conference on Defendants' anticipated Motion to Dismiss and set a briefing schedule for the same. Defendants were directed to file their Motion on or before August 13, 2021, and Plaintiff was instructed to file his opposition, if any, on or before September 24, 2021. Defendants timely filed their Motion to Dismiss [ECF No. 50], however Plaintiff has not responded to the Motion.

      In the July 21 Order, the Court denied Plaintiff's requests for *Valentin* orders because he did not provide identifying information as to any additional defendants. That order also denied Plaintiff's request for an order compelling the City of New York Defendants to comply with Local Rule 33.2, and the appointment of *pro bono counsel*, pending the Court's decision on the Motion to Dismiss.

      Plaintiff's time to oppose Defendants' Motion to Dismiss is hereby extended to January 17, 2022. Defendants' reply must be filed on or before January 31, 2022. If Plaintiff fails to respond to Defendants' Motion to Dismiss at that time, the Court will deem the motion

unopposed. The Clerk of Court respectfully is requested to mail a copy of this order to Plaintiff, as well as a copy of Defendants' Motion to Dismiss [ECF Nos. 50, 51] and the July 21 Order [ECF No. 49].

**SO ORDERED.**

Date:  **December 15, 2021**         _____
      **New York, NY**                    **MARY KAY VYSKOCIL**
                                                   **United States District Judge**