USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

            Plaintiff,

-against-

CITY OF NEW YORK, et al.,

            Defendants.

1:20-cv-04872-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Due to a conflict on the Court's calendar, the status conference originally scheduled for October 19, 2022 at 11:00 AM is rescheduled to 10:00 AM on the same day.

**SO ORDERED.**

Date: **September 21, 2022**
      **New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**