```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```



**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ELISSA B. JACOBS**<br>*Senior Corporation Counsel*<br>Phone: (212) 356-3540<br>Fax: (212) 356-3509<br>ejacobs@law.nyc.gov |

October 13, 2022

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    <u>Gabino Genao v. City of New York, et al.</u>, 20-CV-4872 (MKV)

Your Honor:

       I am an Senior Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, attorney for the City defendants in this matter. I write to inform Your Honor that all parties have reached a settlement in principle and request that all deadlines, including the status conference on October 19, 2022 at 10 a.m. be adjourned *sine die*. The parties are in the process of preparing settlement paperwork and will submit a stipulation of dismissal once a signed copy has been received from all parties.

       Thank you for your consideration herein.

                                                      Respectfully submitted,

                                                      /s/
                                             Elissa B. Jacobs
                                             Senior Corporation Counsel
                                             Special Federal Litigation Division

cc:    Gabino Genao (By First Class Mail)
       *Plaintiff Pro Se*
       DIN: 22B1480

- 2 -

Attica Correctional Facility
P.O. Box 149
Attica, NY 14011


Brian Mitchell (Via ECF)
*Attorney for Suffolk County Defendants*

**Granted. SO ORDERED.**

Date: 10/17/2022
New York, New York

Mary Kay Vyskocil
United States District Judge