USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

1:20-cv-04872-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court directs counsel for all parties to appear at a status conference on **October 26, 2023, at 11:30 AM**. The conference will be held telephonically. To join the conference, dial +1 646-453-4442 and enter phone conference ID access code 327832719#. Counsel for the Defendants shall make all necessary arrangements with Plaintiff's correctional facility to have Plaintiff produced at a suitable location within the facility equipped with a telephone to participate in the conference. Any such request for an extension must be filed at least 72 hours in advance of the deadline. The Clerk of Court respectfully is requested to mail a copy of this order to Plaintiff.

**SO ORDERED.**

**Date: October 3, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**