USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABINO GENAO,

                Plaintiff,

-against-

CITY OF NEW YORK; DOC COMMISSIONER; OSIU DEPT. SANCHEZ; OSIU DEPT. GUIDY; OSIU DEPT. WARDEN SMALLS; MDC CIB MICHAEL EVERSON; MDC SECURITY CAPT. HERNANDEZ; SUFFOLK COUNTY HEARING OFFICER YASCONE, BADGE # 1276; IG OFFICER SUFFOLK COUNTY ANTHONY GERMANO, BADGE # 1057, ALSO KNOWN AS MR. G.; IG OFFICER SUFFOLK COUNTY BERTOLLI, ALSO KNOWN AS MR. B.; LT. JANE DOE, SUFFOLK COUNTY; OSIU CHIEF STOKES; WARDEN SHERMA DUNBAR; DOC BUREAU CHIEF; CYNTHIA BRANN, COMMISSIONER OF DOC; and PEGGY JOSEPH, OSIU DEPT.,

                Defendants.

1:20-cv-4872-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    On October 26, 2023, the Court held a status conference in this matter concerning Plaintiff's communications to the Court regarding the failure of Defendant City of New York ("the City") to make payment pursuant to the October 2022 stipulation of settlement between the parties. During the conference, the City advised it needs a fully completed and signed W-9 form in order to process payment. IT IS HEREBY ORDERED that the City shall send to Plaintiff, by overnight certified mail, a fully filled out W-9 form containing all required information (which the City stated was in its possession), with a post-it indicating where Plaintiff must sign and date the form.

    IT IS FURTHER ORDERED that by close of business day tomorrow, October 27, 2023, the City shall file a letter on the docket advising the Court that it has, in fact, sent Plaintiff the form by overnight, certified mail.

IT IS FURTHER ORDERED that Plaintiff shall promptly sign and date the W-9 and return it to the City by certified mail. Once Plaintiff returns the signed W-9 by certified mail to the City, the City shall promptly file a letter on the docket confirming receipt of the W-9.

IT IS FURTHER ORDERED that the City shall complete payment of the settlement funds **within 10 business days** of receiving the signed form from Plaintiff. The City shall promptly file a letter on the docket confirming payment of the funds. Plaintiff shall also file a letter on the docket confirming receipt of the funds.

**SO ORDERED.**

Date:   October 26, 2023
        New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge